Richard Jude Daratony

14441 N Bowman Road

Tucson Arizona, 85739

520-990-6473

richardjudedarartony@mail.com

```
_____ FILED      _____ LODGED
_____ RECEIVED   _____ COPY

      MAR 1 5 2013

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| • Richard Jude Daratony<br>• Investor 1 to 999<br>• Insured 1 to 999<br>**Plaintiff**<br><br>v.<br><br>• Gerry Giordano, attorney at law and court officer<br>• Feulner, Dorris and Giordano Law Firm<br>• Fidelity National Financial, a Delaware company;<br>• Fidelity National Insurance Company, A California corporation;<br>• Fidelity National Title, an Arizona Company;<br>• Companies 1 to 10;<br>• Mark Collins, attorney at law and court officer<br>• Robert Savage, attorney at law and court officer<br>• abc Attorney Manager(s) in 20009 to 2012 of Gust Rosenfeld, attorney at law and court officer<br>• Gust Rosenfeld law firm<br>• Jeff Brei, attorney at law and court officer<br>• Justin D Castillo, attorney at law and court officer<br>• Law firm 1 to 9<br>• Charles Whitehill Sr., attorney at law and court officer<br>• Attorneys 1 to 9<br>• Joe Ward, attorney at law and court officer<br>• Mr. Thomas Hum, as co-director of Humara Group Inc. | **CIV13- 168 TUC RCC**<br><br>Complaint |

- Ms. Hum as partner in the marital community property
- Mr. John Doe the minority contributor to the $815,000 loan


- Ms. Jane Doe as partner in the marital community property
- Hoang Le, as co-director of Humara Group Inc.
- Ms. Le as partner in the marital community property
- Mr. Joe Doe Court approved real estate appraiser
- Fidelity et al internal attorney 1 to 9
- Fidelity et al internal managing attorney 1 to 9
- Brain J Cosper
- Patrick J Davis
- Attorney manager when the Daratony law suit was filed and Maintained from July 2012 to February 2013
- Alamo Title Insurance
- Chicago Title Insurance Co.
- Commonwealth Land Title Insurance Company
- Fidelity National Title Insurance Co.

**Defends**

Jurisdiction

This federal court has Jurisdiction because, of diversity of location of defends, Arizona, Georgia, Florida and Delaware. Then there is the nature of this complaint. Fidelity et al, then did multiple, Interstate wire fraud, through forgery of 3 deeds of trust, resulted in material fraud and material fraud on the court. Fidelity et al, then did multiple Interstate mail fraud through forgery of emails resulted in material fraud and material fraud on the court again. These Fidelity et al, emails were vouched for on the record by Mark Collins. Fidelity et al, then did once maybe more interstate bribery of court approved expert witness. Fidelity et al, then, did multiple, interstate bribery, of multiple court officers who are attorneys at law. Fidelity et al, then did multiple tampering with evidence. Fidelity et al, then did multiple obstruction of justice, and a single count of threating and intimidating a Federal witness and the same person, as a state witness and who was a potential plaintiff against Fidelity et al. Fidelity et al, did all this with 3 forged deeds of trust, 2 forged emails. All of this was in fact aided and abetted through multiple court officers aiding and abetting interstate wire fraud, one maybe more court

officers aiding and abetting interstate mail fraud, and more, ....all within 10 years leading to a ......possible..........in-ter-state RICO and racketeering charge.

## Complaint

One or more attorney(s) STARTED ALL OF THE ABOVE AND CONTINUED ALL OF THE ABOVE*** who is yet to be discovered*** ( Brian Cosper et al will not disclose this person)from fidelity et al... internal legal department ...in Jacksonville Florida,*** VOUCHED FOR... in the email part,.. BY Mark Collins on the record. *** THIS ATTORNEY, from fidelity et al home office, who believes she / he/ they are... above... the LAW,... AND their family of companies is/are above the law, above the courts, above the Honorable Judges.

This attorney from fidelity et al, by and through several OTHER local attorney(S), (( Mark Collins, Robert Savage, Jeff Brei, Justin D. Castillo, Mr. Charles Whitehill Sr., Gerry Giordano,)) and others for and on behave of their respective law firm, for and on behalf of Fidelity et al, and then through 1 OR MORE court approved experts, listed ABOVE, between January 2009 and March 2011, did the aided and abetted /conspired with, all of the above, **_within 10 years_**.

These actions have resulting in a possible Federal RICO and Racketeering to develop out of this case.

All of these attorneys, each in their own part, HAVE committed and or........... Aided and abetted FIDELITY ET AL ...........((not a mistake on the lawyers part and material, because Jeff Brei of the Brei law firm, is a Certified Arizona State Bar real estate specialist, in multiple in-ter-state wire/mail fraud, forgery of multiple deeds of trusts, etc.

ALL of these attorneys were bribed by fidelity et al... internal legal department ...in Jacksonville Florida, through.... in-ter-state bribery..... Mark Collins a local attorneys further caused multiple subornation of perjury ...of at least one maybe... 2 ... court expert, Dennis Wilson and Mr. Thomas Hum.

Then these attorney(s) from fidelity et al... internal legal department ...in Jacksonville Florida, bribed Mark Collins ((1 time))  across state lines, into threating and intimidating one FEDERAL witness, who was also a state court witness  and potential Fidelity et al plaintiff, Mr. Thomas Hum.

Your Honor this was reported to me by Mr. Thomas Hum HIMSELF well he had tears in his eyes.

 Who said and I quote Mark Collins said "I would lose my title insurance and their legal representation if I did not cooperate with Fidelity et al in this case".

 Mark Collins maintained tight control and a tight conflict of interest through this one threat and intimidation of Mr. Thomas Hum.

There is writing and other things that 100% prove that Mark Collins did this for and on behalf of Gust Rosenfeld ....................for and on behalf of Fidelity et al.

Then these attorney(s) from fidelity et al... internal legal department ...in Jacksonville Florida, bribed across state lines, ((multiple times)) another local attorney. This local attorney, a Mr. Charles Whitehill Sr., into aiding and abetting, Fidelity et al in the commission of a fraudulent foreclosure, and then fraud on Andrada Financing LLC and **fraud on the Federal Bankruptcy Court**.

So, in another separate actions attorney(s) from fidelity et al... internal legal department ...in Jacksonville Florida, bribed across state lines 2 more local attorneys, Jeff Brei and Justin D Castillo of Brei law firm into voluntarily and intentionally committing fraud on Andrada Financing LLC and me and 2 separate *frauds on state court,* 2 bad faith law suits, *as Brain Cosper et a, is doing now,* by aiding and abetting in-ter-state wire fraud and in-ter-state mail fraud of 3 forged deeds of trust. These2 attorneys than took these 3 forged deeds of trust and presented them to the court. Aiding and abetting interstate wire fraud and interstate mail fraud are Federal crimes.

All of these crimes were done within 10 years. All of this 100% proven.

Please read my declaration(s).

These attorneys from this family of companies, fidelity et al... ...tampered with evidence ....by destroying 11 open escrows that were in their file.

They, these attorneys from Fidelity et al further ...tamper with evidence... by destroying my escrow instruction.

Then another local attorney for and on behalf of Gust Rosenfeld law firm, for and on behalf fidelity et al, bribed my first attorney, Gerry Giordano into delay my case and having ...........................me .....................enter into a contract with him knowing it was a fraudulent contract,         wait till you see this one your honor.

I got the contract obviously and my finance partner got the State Court schedule of both Gerry Giordano and mark Collins. These 2 attorneys knew better, and they benefited and their respective law firms benefited and then Fidelity et al benefited.

Fidelity et al attorneys through their internal legal department, cause multiple consciously, voluntarily, intentionally, seriously and vigorously,... with,... no regard for the law, the truth, the Honorable Court, the Honorable Judges , frauds on the court, Fraud on the Federal Bankruptcy Court, bribery of court approved experts and bribery of court officers attorneys, interstate wire and mail fraud, the later vouched for by their Mark Collins, Fidelity et al external attorney on the record ..............all of this, on the court and me, thus ................obstructed justice.

This family of companies, fidelity et al, is not to be.............. trusted.................. in or out of court. The Jury and Arizona and Florida State Bars, and other authorities, once this is adjudicate, will

see what these court officers /attorneys at law, and one Arizona State Bar real estate specialist,...THINK OF THE COURTS, THE JUDGES AND THE JUSTICE SYSTEM.

- Finally Brain Cosper, Patrick Davis the attorney manager, and Fidelity law group ((a division of Alamo Title Insurance, Chicago Title Insurance Co., Commonwealth Land Title Insurance Company, and Fidelity National Title Insurance Co.)) found out that they filed and maintained a bad faith law suit, and that their client / employer was not / lack of candor with the tribunal.
- Now ...they and their Boss((es)) know, it was a bad faith law suit.
- This is just a continuation of the total disregard for the law, professional rules of the legal profession and legal ethics.
- Brian Cosper et al found out that their client / employer has forged 3 deeds of trust, had committed, interstate wire fraud, interstate mail fraud, interstate bribery of court an approved expert, maybe 2, interstate bribery of court officer.  (( including Mark Collins, Robert Savage, for and on behave of Gust Rosenfeld, for and on behave of Fidelity et al., Jeff Brei and Justin D Castillo, for and on behave of Brei law firm, for and on behave of Fidelity et al., Charles Whitehill, for and on behave of Fidelity et al.))
- Brian Cosper et al has ....not.... found out about Gerry Giordano for and on behave of Feulner, Dorris and Giordano law firm, for and on behave of Fidelity et al., for they will just be finding out about this and several others.

Demands

We all the plaintiffs at this..... time.... demand the following, this will change/go up with time;

1. The best estimates at this time all defends at this time need about $109,000,000.  This will change as Fidelity et al delays this case over time.
2. Interest at the rate investor's contracts provided for from the beginning to the contract.
3. Any and all legal cost, from the beginning.

4. Any other relief that the... this Honorable Court sees fit ....to protect the public from these very bad, unethical, immoral, law breaking, rule breaking attorneys, for and on behave of their respective law firms for and on behalf of Fidelity et al and family of companies.

5. My wife Stefanie A Daratony back

Thank you Your Honor, please understand, I am ***diagnosis dyslexic and diagnosis ADHD,*** my present wife will not read any court documents at all. So I do not have her help to correct thought and sentence structure and paragraphs /structure. Please watch for dyslexic writing if possible.

In accordance with Rule 8(a) of the Federal Rules of Civil
Procedure requires the complaint to contain "a short and plain statement of the
claim,"

RICO claims that are based on fraud also must satisfy Rule 9(b) of the
Federal Rules of Civil.

As this case develops, In-ter-state RICO and Racketeering, …MAY… clearly develop. If so we
have started out and will amend as needed.

_____

Pro Se

Richard Jude Daratony

14441 N Bowman Road

Tucson Arizona, 85739

520-990-6473

richardjudedarartony@mail.com

\

I certified that this will be mailed by certified mail or personally dropped off by me to all the following per all applicable rules and the 120 day rule;

- Gerry Giordano
- Feulner, Dorris and Giordano Law Firm
- Fidelity National Financial, a Delaware company;
- Fidelity National Insurance Company, A California corporation;
- Fidelity National Title, an Arizona Company;
- Mark Collins
- Robert Savage
- abc Attorney Manager(s) in 20009 to 2012 of Gust Rosenfeld
- Gust Rosenfeld law firm
- Jeff Brei
- Brei law firm
- Justin D Castillo
- Charles Whitehill Sr.
- Joe Ward
- Mr. Thomas Hum, as co-director of Humara Group Inc.
- Mr. John Doe the minority contributor to the $815,000 loan
- Hoang Le, as co-director of Humara Group Inc.

_____
Pro Se

Richard Jude Daratony

14441 N Bowman Road

Tucson Arizona, 85739

520-990-6473

richardjudedarartony@mail.com